# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00608-CV

### John King, Appellant

### v.

### Texas Department of Human Services, Appellee

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT
### NO. 97-03552, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

On October 26, 2001, appellant John King filed a notice of appeal. On November 2, this Court requested that appellant pay his filing fees. On December 11, the clerk's record was overdue, appellant still had not paid his filing fees, and this Court requested that appellant submit a letter regarding the status of his appeal. On December 19, appellant's attorney informed the Court by letter that appellant no longer wants to prosecute an appeal.

The appeal is dismissed for want of prosecution.

_____

Bea Ann Smith, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed For Want of Prosecution

Filed: January 10, 2002

Do Not Publish